General Complaint

FILED-CLERK
U.S. DISTRICT COURT

2016 SEP 20 PM 1:09

TX EASTERN-MARSHALL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

BY_____

Mr. Michael Wayne, Diggs, Jr.

Case Number : _____

List the full name of each plaintiff in this action.

VS.

Wal-mart Marshall; Texas Hwy 59

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       1. Employ Counsel
       2. Court - Appointed Counsel
       3. Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

       (2) Court appointed Counsel.

III.  Parties to this suit:

   A.  List the full name and address of each plaintiff:

   Pla #1 _____

   _____

   _____

   Pla #2 _____

   _____

   _____

   B.  List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: _____

   _____

   _____

   Dft #2: _____

   _____

   _____

   Dft #3 _____

   _____

   _____

   Attach a separate sheet for additional parties.

What about the security camar's what does it show?

IV: Statement of Claim:

(A) I was shopping

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

It, was payday for me. I bank with woodforest; Treasurary checks social security; SSI. After Midnight I, was shopping buy-ng Itims. Items from Wal-mart I Allways shopped at night. Futhermore I was curtours and happy and joyful and employees helped me find Items in deptarments. For some reason under Question; the mananger made a all call while I was shopping. and Bared from wal-mart for 2 year's. I, swear that all I was doing was Shopping.

I so Mad) not being able to go to wal-mart);

I did nothing Wrong.

(Back) I had no hearing; nor trail to give my account of events

I, never had a Problem with Wal-mart Since I been a reisoent of marshall; TX since 1987 to best of my memory; I went to Price T yong princible willcox.

It is so strange that I am haveing All these pearls. In my later year's I, was shopping Again

This has never ever happened to me. Marshall, TX. Longview TX, I; spent allot money......

C.  Results of the conference with counsel:

_____
_____
_____

II. List previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _____Yes   __X__No

B.  If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.  Approximate file date of lawsuit: _____

2.  Parties to previous lawsuit(s):

    Plaintiff _____

    Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.
    **Texas ; Harrision**

4.  Docket number in other court. _____

5.  Name of judge to whom the case was assigned.
    _____

6.  Disposition: Was the case dismissed, appealed or still pending?
    **Dismissed**

7.  Approximate date of disposition. **Their was no disposion; I, First person account of Tresspassing warrant; No investagation.**

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

That they treat me with dingnty, and respect because I all ways shopped their and banked their I, was a good comuster why is this happening to me why do they treat

Signed this __18__ day of __September__, 20 __16__.
                                                (Month)             (Year)

me bad :(

Also; I would like some money; They

Treated me booly :(

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __09/18/2016__
                      Date

If, I did not cooperate with Law enforcement I would have got hurt or killed.

(Back)

Mr. Michael, Wayne, Diggs Jr.
_____
Signature of each plaintiff

Does anybody care. They are wrong.

I, would like for the lawsuit money to be devided

Marshall City Police Dept

---

Sherriff Dept

---

Mr. Michael Wayne Diggs Jr.